**FILED**
April 22, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>AMY HER,<br><br>        Defendant. | CASE NUMBER: 2:15-mj-00089-CKD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Amy Her</u>; Case <u>2:15-mj-00089-CKD</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    **X**    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, cosigned by defendants five sisters: Chue Vang, Marlee Vang, So Vang, Rachel Vang, and Gee Vang

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    **X**    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>4/22/2015</u> at 2:50 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge