```
1  BENJAMIN B. WAGNER
   United States Attorney
2  Matthew M. Yelovich
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00089-CKD |
|---|---|
| Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| AMY HER, | CURRENT PRELIMINARY HEARING DATE: MAY 5, 2015 |
| Defendant. | PROPOSED PRELIMINARY HEARING DATE: JUNE 5, 2015 |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 30, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 5, 2015, at 2:00 P.M.

2. The time between April 30, 2015, and June 5, 2015, shall be excluded from calculation

1  pursuant to 18 U.S.C. § 3161(h)(7)(A).

2      3.    Defendants shall appear at that date and time before the United States Magistrate Judge

3  on duty.

4      IT IS SO ORDERED.

Dated:  May 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2